**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**(ATLANTA DIVISION)**

**CASE NO. 1:24-cv-04155-MHC**

JAMES EASON, EASON HERITAGE LLC,
CHRISTOPHER EASON, HEATHER
EASON, HEATHER ELIZABETH
DESIGNS, LLC d/b/a Z&CO DESIGN
GROUP, and PARAGON DESIGNER
SERVICES, LLC,

                                                    **CLASS ACTION**

     Plaintiffs,

vs.

TRUIST BANK,

     Defendant.
_____/

**NOTICE OF PENDING RELATED ACTION**

Plaintiffs, James Eason, Eason Heritage LLC, Christopher Eason, Heather

Eason, Heather Elizabeth Designs, LLC d/b/a Z&Co Design Group, and Paragon

Designer Services, LLC, notify the Court of the following pending related case:

- *SEC v. Drive Planning, LLC, et al.*, Case No. 1:24-cv-03583-VMC (N.D.

  Ga.), filed on August 13, 2024, and pending before the Honorable Victoria

  M. Calvert.

Dated:  October 1, 2024                          Respectfully submitted,

**THE DOSS FIRM LLC**                         **LEVINE KELLOGG LEHMAN**
1827 Powers Ferry Road SE,                 **SCHNEIDER + GROSSMAN LLP**
Building 23, Suite 100                            Miami Tower
Atlanta, Georgia 30339                          100 Southeast Second Street,
Telephone: (770) 578-1314                    36th Floor
Facsimile: (770) 578-1302                     Miami, Florida  33131
                                                           Telephone: (305) 403-8788
                                                           Facsimile: (305) 403-8789

By: /s/ *Jason R. Doss*                          By: /s/*Jason Kellogg*
Jason R. Doss                                         Jeffrey C. Schneider, P.A.
Georgia Bar No. 227117                          (Admitted *pro hac vice*)
Primary email: jasondoss@dossfirm.com   Primary email: jcs@lklsg.com
                                                               Secondary email: ph@lklsg.com
                                                               Jason K. Kellogg, P.A.
                                                               (Admitted *pro hac vice*)
                                                               Primary email: jk@lklsg.com
                                                               Secondary email: ame@lklsg.com
                                                               Victoria J. Wilson
                                                               (Admitted *pro hac vice*)
                                                               Primary email: vjw@lklsg.com
                                                               Secondary email: ph@lklsg.com
                                                               Peter J. Sitaras
                                                               (Admitted *pro hac vice*)
                                                               Primary email: pjs@lklsg.com
                                                               Secondary email: ph@lklsg.com

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Rule 7.1(D) of the Local Rules of the District of Georgia, the undersigned counsel for Plaintiffs hereby certifies that the foregoing document was prepared in a font and point selection approved by this Court and authorized in Local Rule 5.1(C).

By: /s/ *Jason R. Doss*_____

Jason R. Doss
Georgia Bar No. 227117

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 1, 2024, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Jason R. Doss*
Jason R. Doss

4