UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
(ATLANTA DIVISION)

CASE NO. 1:24-cv-04155-MHC

JAMES EASON, EASON HERITAGE LLC,
CHRISTOPHER EASON, HEATHER
EASON, HEATHER ELIZABETH
DESIGNS, LLC d/b/a Z&CO DESIGN
GROUP, and PARAGON DESIGNER
SERVICES, LLC,

    Plaintiffs,

**CLASS ACTION**

vs.

TRUIST BANK,

    Defendant.
_____/

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
OF CLAIMS AGAINST DEFENDANT TRUIST BANK**

Plaintiffs, James Eason, Eason Heritage LLC, Christopher Eason, Heather Eason, Heather Elizabeth Designs, LLC d/b/a Z&Co Design Group, and Paragon Designer Services, LLC, pursuant to Fed. R. Civ. P. 41(a)(1), voluntarily dismiss their claims against Defendant Truist Bank without prejudice.

| | |
|---|---|
| Dated: January 29, 2025 | Respectfully submitted, |
| **THE DOSS FIRM LLC** | **LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP** |
| 1827 Powers Ferry Road SE | Miami Tower |
| Building 23, Suite 100 | 100 Southeast Second Street, 36th Floor |
| Atlanta, Georgia 30339 | Miami, Florida  33131 |
| Telephone: (770) 578-1314 | Telephone: (305) 403-8788 |
| Facsimile: (770) 578-1302 | Facsimile: (305) 403-8789 |
| By: /s/ *Jason R. Doss* | By: /s/*Jason Kellogg* |
| Jason R. Doss | Jeffrey C. Schneider, P.A. |
| Georgia Bar No. 227117 | *Admitted Pro Hac Vice* |
| Primary email: jasondoss@dossfirm.com | Primary email: jcs@lklsg.com |
| | Secondary email: ph@lklsg.com |
| | Jason K. Kellogg, P.A. |
| | *Admitted Pro Hac Vice* |
| | Primary email: jk@lklsg.com |
| | Secondary email: ame@lklsg.com |
| | Victoria J. Wilson |
| | *Admitted Pro Hac Vice* |
| | Primary email: vjw@lklsg.com |
| | Secondary email: ph@lklsg.com |
| | Peter J. Sitaras |
| | *Admitted Pro Hac Vice* |
| | Primary email: pjs@lklsg.com |
| | Secondary email: ph@lklsg.com |